Kara Heikkila, ISB No. 8090
WITHERSPOON KELLEY
The Spokesman Review Building
608 Northwest Boulevard, Suite 300
Coeur d'Alene, Idaho 83814-1246
Telephone:   (208) 667-4000
Facsimile:   (208) 667-8470
Email:  klh@witherspoonkelley.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| OMER JASON DARR, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO FOREST GROUP SUAS, LLC, an Idaho limited liability company; and, DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No. 2:20-cv-138<br><br>District Court of the Second Judicial District of Idaho, in and for the County of Idaho Cause No.: CV25-20-0117<br><br>NOTICE OF REMOVAL OF ACTION BY DEFENDANT PURSUANT TO 28 U.S. §1331 |

Defendant Idaho Forest Group SUAS LLC ("IFG") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 ("Notice of Removal"), and hereby give notice of the removal of this action to the United States District Court for the District of Idaho. As grounds for removal, IFG states as follows:

## NATURE OF THE ACTION

1. Plaintiff Omer Jason Darr ("Darr") asserts among others a cause of action for Disability Discrimination under the Americans with Disabilities Act, as amended, 42 U.S.C. §12101 *et seq.*, and the Idaho Human Rights Act, I.C. 67-5901 *et seq.* (Complaint for Damages at 3-4). The action was originally filed against IFG on March 3, 2020, in the District Court of

the Second Judicial District of the State of Idaho, in Idaho County, Case No. CV25-20-0117. IFG was served with the Summons and Complaint on or about March 10, 2020.

2. IFG has timely served this Notice of Removal in compliance with 28 U.S.C. §1446(b).

## REMOVAL PROCEDURES

3. United States District Courts have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. §1331. As such, the District Court has original jurisdiction over Darr's disability discrimination claims under the Americans with Disabilities Act, as amended, 42 U.S.C. §12101 *et seq*. The District Court has supplemental jurisdiction over Darr's remaining tort and contract law claims as a part of the same case or controversy under Article III of the United States Constitution. *See* 28 U.S.C. 1367(a).

4. Removal to the United States District Court for the District of Idaho, Northern Division in Coeur d'Alene, is proper because this is "the district and division embracing the place where the action is pending." *See* 28 U.S.C. § 1441(a).

5. The time within which IFG is permitted to remove this action under 28 U.S.C. § 1446(a) has not expired as of the and service of this Notice of Removal. Less than 30 days have passed since the IFG was served with the Summons and Complaint on March 10, 2020.

6. Written notice of the filing of this Notice of Removal is being promptly given to Darr through his counsel of record and a Notice of Removal to Federal Court will be filed with the clerk of the Second Judicial District for the State of Idaho, County of Idaho, as required by 28 U.S.C. § 1446(d).

7. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon IFG are attached to this Notice of Removal.

8. This Notice of Removal is filed subject to and with full reservation of rights by IFG, including but not limited to defenses and objections to venue, improper service of process, personal jurisdiction, and any other defenses that IFG might assert.

9. IFG reserves the right to amend or supplement this Notice of Removal.

10. Pursuant to D. Idaho L. Civ. R. 81.1, IFG has attached to this Notice of Removal copies of all process, pleadings, and orders filed with the Idaho County District Court to date, as well as the court's docket as follows:

    10.1    Exhibit A—Complaint

    10.2    Exhibit B—Summons

    10.3    Exhibit C – Notice of Removal to Federal Court

    10.4    Exhibit D—Idaho County District Court Docket Register of Actions for Case No. CV25-20-0117.

11. Pursuant to D. Idaho L. Civ. R. 81.1(a)(2), a civil cover sheet has been completed and filed simultaneously herewith.

WHEREFORE, IFG hereby gives notice that the above-entitled action is removed from the District Court of the Second Judicial District for the State of Idaho, County of Idaho, to the United States District Court for the District of Idaho.

DATED this 18th day of March, 2020.

                        WITHERSPOON KELLEY

                        /s/ Kara Heikkila
                        Kara Heikkila
                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of March, 2020, I filed the foregoing electronically through the CM/ECF system.

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via email and via first class mail, postage prepaid addressed as follows:

| | |
|---|---|
| Adam H. Green<br>Attorney at Law<br>P.O. Box 246<br>Grangeville, ID 83530 | adamhowardgreen@yahoo.com |

/s/ Kara Heikkila
Kara Heikkila