UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OMER JASON DARR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO FOREST GROUP, LLC, an Idaho limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:20-CV-00138-CWD<br><br>**ORDER OF DISMISSAL** |

The parties having filed a Stipulation to Dismiss, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation to Dismiss (Dkt. 26) is APPROVED, and that this case is DISMISSED WITH PREJUDICE and with each party to bear its own attorney fees and costs.

IT IS FURTHER ORDERED that the Clerk close this case.

DATED: September 28, 2021

_/s/ Candy W. Dale_
Honorable Candy W. Dale
United States Magistrate Judge

**ORDER OF DISMISSAL - 1**